NO. 07-10-00433-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 27, 2011

CARMEX AUTO SALES, APPELLANT

v.

EUSEBIO RODRIGUEZ AND ESTELA CANEZ, APPELLEE

FROM THE 84TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 38,083; HONORABLE WILLIAM D. SMITH, JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Chriscella Mariscal d/b/a Carmex Auto Sales, has filed a motion to dismiss this appeal because he no longer desires to pursue it. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). All costs related to this appeal are assessed against appellant. See TEX. R. APP. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would otherwise be entitled, the Court directs appellees to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice